File Hashes for IP Address 24.5.36.86

**ISP:** Comcast Cable
**Physical Location:** San Rafael, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/15/2015 13:51:19 | 03A225ECF90F74175A1D1B3ADD5431A199FF730E | Sexy and Wild |
| 07/15/2015 13:51:19 | 3C73CFC4B3D5AA2A27847DF0B0022C885109D743 | Get Wild at Home |
| 07/15/2015 13:51:18 | FA08A84BFC0EA7311B9CF3EF4269D61783DB7B36 | Should Have Seen Your Face |
| 04/27/2015 02:00:35 | 665899C1EF6CBE32F49B3EE0E0748DDC7DDEEAB4 | Fashion Models Are Bisexual |
| 04/27/2015 01:45:26 | 7281EBC38A4985A1C7A7FE3F009E0FA9E15BA222 | Dripping Pleasures |
| 04/13/2015 15:15:00 | C556EF41FF3D5509575A78031D4F8DB3411DB9D9 | We Love Ourselves |
| 04/09/2015 15:13:44 | 3F563417E70AB066C7F6F3BB6494CF8E11F3D96E | Tiffanys Tight Ass |
| 02/03/2015 23:10:47 | 861387D494AC5969F5F0A08653CC9D8FC6BA6592 | Maybe Yes |
| 02/03/2015 22:16:21 | A683F6F3BFE9FCFA6010B50DF87D2D30A4DF24D7 | The Studio Part #2 |
| 11/23/2014 19:54:32 | 8CD693CD21FE13D0543A05583B14704776A042C1 | Exposed And Aroused |
| 11/23/2014 19:53:56 | 9A0A8372FBD147A14730101BA262D73C67C407B8 | Do Me Darling |
| 11/20/2014 16:16:46 | DC34B960646EFAA49BC9AA3093F5B63AEB4D4F22 | Luminated Emotions |
| 11/20/2014 14:48:45 | 56418B790838988AE4A0C24594EB643F60F7CC0C | Spellbound |
| 11/20/2014 14:48:16 | D5941438B968FEFB96F7E88F02307F19EC3B1B0C | Why I Love Czech Girls |
| 07/26/2014 14:09:11 | F2A404014B130A149740F511D8DBE6F8A66237DC | Highrise Rendezvous |
| 06/23/2014 01:24:34 | DF1C2AEB1BC5F2B3813206A2CE34A06F3687D8C9 | Bottoms Up |
| 06/16/2014 15:13:22 | E1D0BE3E35F6B9E449B39BA76B94237560A4EF5E | They Seem so Sweet |
| 06/09/2014 15:30:50 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 05/17/2014 03:09:59 | 424713CEA46F680E293B359719F1809FF6B43EA4 | Connie True Love |
| 05/10/2014 23:45:45 | 6CDAAF4270C954ED6D6B75EE4C4BACCDC866C45A | Formidable Beauty |
| 04/14/2014 00:53:05 | C7DA6619BE7850E29FC0DF0B5D3438172AB04A32 | A Hot Number |
| 03/18/2014 20:48:25 | E8D51350DFB360187BDF1A1A1094769D4C342E32 | Fascination With My Body |

EXHIBIT A

NCA9

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/02/2014 01:24:28 | 6F24817047EF802EF0FA4333AC11FBB9D43C7DB7 | Morning Meditation |
| 03/02/2014 01:16:54 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 03/02/2014 01:14:38 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 01/20/2014 19:51:59 | DCC43F716ABC17A835E56C3D030F3BCB1A34BDF1 | Season of Love |
| 01/20/2014 19:15:32 | 0570CF03401AEB791DD0FB85BE5BDEB8C11292EB | Happy Couple |
| 01/20/2014 19:12:40 | 90FCAF3B57C65E39F656F27E2195C2D86251C01D | Spur Of The Moment |
| 01/20/2014 16:58:41 | 44F8AA742D98D7A6233FB208855549C53F3C1084 | Good Night Kiss |
| 01/20/2014 16:53:12 | 6CF6E567DB33ECE54960D307C27CD29770B64563 | Lost In My Own Moment |
| 01/20/2014 16:43:30 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 01/20/2014 16:39:36 | 9773E32093A8396CD6F8EF19286BC79EBA909D7D | Pretty Back Door Baby |
| 07/23/2013 15:56:37 | BBD83E6D52EDD0B97D6B74C4A31116C827A75155 | Introducing Mila |
| 07/23/2013 15:47:55 | A854068849FA9BF51C87A5765BADD07882FA551E | Wonder Waltz |
| 07/23/2013 15:09:37 | 196F6032DAEEE1390E024BA2CF6E63BBB0AD2790 | Dark Desires |

**Total Statutory Claims Against Defendant: 35**

EXHIBIT A

NCA9