Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.5.36.86,<br><br>   Defendant. | Case Number: 3:15-cv-04152-WHA<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT, SUMMONS AND RETURN OF SERVICE UNDER SEAL** |

Pursuant to Civil Local Rule 79-5, Plaintiff, Malibu Media, LLC ("Plaintiff"), requests that this Court order the Clerk of the Court to file under seal, at Plaintiff's request the following documents: (1) Amended Complaint, (2) Summons, and (3) Return of Service.

The requested relief sought is pursuant to an Order this Court entered on October 18, 2015 [CM/ECF 12] directing Plaintiff to file all documents that include John Doe Defendant's identifying information under seal, with all such information redacted on the public record. This request is supported by the accompanying Declaration of Brenna Erlbaum, Esq. in support of Plaintiff's Administrative Motion for Leave to File Under Seal (1) Amended Complaint, (2) Summons, and (3) Return of Service.

Dated:  December 30, 2015

          Respectfully submitted,
          HEIT ERLBAUM, LLP

          /s/ Brenna Erlbaum
          BRENNA ERLBAUM, ESQ
          Attorney for Plaintiff

2