Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.5.36.86,<br><br>    Defendant. | Case Number: 3:15-cv-04152-WHA<br><br>**DECLARATION OF BRENNA ERLBAUM, ESQ. IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT, SUMMONS AND RETURN OF SERVICE UNDER SEAL** |

I, Brenna Erlbaum, hereby declare:

1.     I am an attorney with the law firm of Heit Erlbaum, LLP, attorneys for Plaintiff. Unless otherwise stated, I have personal knowledge of the following facts and if, called and sworn as a witness, could and would competently testify thereto.

2.     On September 11, 2015, Plaintiff filed the Complaint in this action. [CM/ECF No. 1].

3.     On October 18, 2015 this Court entered an Order [CM/ECF 12] granting Plaintiff leave to serve a third party subpoena on Defendant's Internet Service Provider so that it may identify the John Doe Defendant and proceed with its copyright infringement lawsuit. This

1

Declaration of Brenna Erlbaum in Support of Plaintiff's Administrative
Motion for Leave to File Amended Complaint and Summons Under Seal
Case No. 3:15-cv-04152-WHA

Court further directed Plaintiff to file all documents that include John Doe Defendant's identifying information to be filed under seal, with all such information redacted on the public record.

4.   On October 21, 2015, Plaintiff issued its subpoena to Comcast Cable Communications Management, LLC, and received the ISP's response on December 18, 2015.

5.   After careful investigation of the information provided by the ISP, Plaintiff has decided to proceed with its claims against the subscriber and serve him or her with process.

**FURTHER DECLARANT SAYETH NAUGHT**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of December 2015.

Respectfully submitted,
HEIT ERLBAUM, LLP

 /s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ
Attorney for Plaintiff

2

Declaration of Brenna Erlbaum in Support of Plaintiff's Administrative
Motion for Leave to File Amended Complaint and Summons Under Seal
Case No. 3:15-cv-04152-WHA