Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.5.36.86,<br><br>    Defendant. | Case Number: 3:15-cv-04152-WHA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT, SUMMONS AND RETURN OF SERVICE UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File its Amended Complaint, Summons and Return of Service under seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff is permitted to file its amended complaint, summons and return of service under seal.

SO ORDERED this ___ day of _____, 2015.


By: _____
**UNITED STATES DISTRICT JUDGE**

1

Order
Case No. 3:15-cv-04152-WHA