**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

      Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 24.5.36.86,

      Defendant.

No. C 15-04152 WHA

**ORDER EXTENDING
DEADLINE TO EFFECTUATE
SERVICE OF PROCESS**

Plaintiff commenced this action on September 11, 2015.  Pursuant to Rule 4(m), the deadline to effectuate service of process was January 11, 2016.  On October 18, 2015, an order granted plaintiff's request to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information.  Plaintiff received defendant's identifying information from Comcast on December 11.  On December 30, plaintiff moved to file under seal its amended complaint, proposed summons, and return of service, which motion was granted on January 7.  The order granting plaintiff's sealing motion also extended the deadline to effectuate service to January 15.  On January 15, plaintiff sought to further extend the deadline to effectuate service by forty-five days because it had not yet received a mailed copy of the unredacted summons to be served.  This order hereby extends the deadline to effectuate service to **JANUARY 29, 2016**.

      **IT IS SO ORDERED.**

Dated:   January 19, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE