IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.5.36.86,

    Defendant.

No. C 15-04152 WHA

**ORDER GRANTING SEALING MOTION**

Defendant has moved to file unredacted versions of (1) her answer and affirmative defenses, and (2) the notice of appearance of counsel under seal, and to file public versions of those documents with her identifying information redacted. Defendant's motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE