IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04152 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.5.36.86, | **ORDER GRANTING SEALING MOTIONS** |
| Defendant. / | |

Defendant's sealing motions, which seek to file under seal various documents containing her identifying information pursuant to the protective order in this case, are hereby **GRANTED** (Dkt. Nos. 32, 33).

**IT IS SO ORDERED.**

Dated: March 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE