Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> [REDACTED], <br><br> Defendant. | Case Number: 3:15-cv-04152-WHA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant [REDACTED] ("Defendant") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in Case No. 3:15-cv-04152-WHA are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant [REDACTED] respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant [REDACTED]'s claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith, Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

| | |
|---|---|
| */s/ Brenna E. Erlbaum* | */s/ Nicholas Ranallo* |
| Brenna E. Erlbaum | Nicholas Ranallo |
| Heit Erlbaum, LLP | Attorney at Law |
| 6320 Canoga Ave, 15th Floor | 2443 Fillmore Street, #380-7508 |
| Woodland Hills, CA 91367 | San Francisco, CA 94115 |
| Phone:  855-231-9868 | Phone:  831-703-4011 |
| Brenna.erlbaum@helaw.attorney | nick@ranallolawoffice.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March___, 2016, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Brenna E. Erlbaum
Brenna E. Erlbaum