1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 24.5.36.86,

        Defendant.

_____/

No. C 15-04152 WHA

**ORDER DISMISSING CASE**

     The parties in this action have filed a stipulation of dismissal of all claims and
counterclaims (Dkt. No. 41).  The parties' request is **APPROVED**.  The Clerk shall please **CLOSE
THE FILE**.

     **IT IS SO ORDERED.**

Dated:   March 21, 2016.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE